■ MAN RADIO & ELECTRICALS, LTD., Appellant, v. LOUIS VON CSEH, Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE CROMARTIE.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SHEEHAN.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OLIVER.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL MERCADO.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM OLIVO.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Gerard Harrington, Jr., Esq., of 26 Broadway, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. MANUEL CABALLEIRO, Appellant.— Motion granted insofar as to enlarge the appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion granted insofar as to enlarge the appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID HOWIE.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ LORRAINE G. GIBBS v. JOHN A. GIBBS, Also Known as EDMUND GIBBS. — Motion granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent, and files 6 typewritten or 19 mimeographed copies thereof,